IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LISA KRAWCZYNSKI, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Civ. A. No.: _____ |
| | § | |
| WAL-MART ASSOCIATES, INC., | § | |
| | § | (State Cause No. 2023-DCL-03257) |
| | § | |
| *Defendant*. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Without waiving any defenses or objections to the Original Petition filed in state court, Defendant Wal-Mart Associates, Inc. ("Defendant") hereby removes this action to federal court pursuant to 28 U.S.C. § 1332 and 1441. In support thereof, Defendant respectfully shows the Court as follows:

### I.      The State Court Proceedings

1.      Plaintiff filed her Original Petition on July 3, 2023, in the 138th District Court of Cameron County, Texas. Plaintiff's case was assigned cause number 2023-DCL-03257. Plaintiff demanded a jury.

2.      Plaintiff contends she was discriminated against on the basis of her religion and retaliated against for engaging in a protected activity in violation of the Texas Commission on Human Rights Act, Chapter 21.001, *et seq.* of the Texas Labor Code, as amended.

3.      Defendant was served with process on July 10, 2023.

4.      Defendant filed its Original Answer in state court on July 31, 2023.

5.      No further proceedings have taken place in the state court.

1

6.    As required under 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days of service of the Original Petition on Defendant.

## II.    Removal Based on Diversity of Citizenship

7.    This Court has diversity jurisdiction over the state court action pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different States, and the amount in controversy exceeds the sum of $75,000.00, exclusive of costs and interest.

8.    Plaintiff pleaded that she is domiciled in Harris County, Texas and is therefore a citizen of the State of Texas. *See* Exhibit A.

9.    Defendant is incorporated and organized under the laws of State of Delaware, and Defendant's principle place of business located in Bentonville, Arkansas.  Because Defendant is not a resident of Texas, complete diversity exists between the parties.

10.    Plaintiff states in her Petition that she is seeking monetary relief, including actual, consequential, compensatory, and exemplary damages.  The Petition itself does not identify the exact amount she seeks in damages.  However, Plaintiff alleges that she was terminated over two years ago, in November 2021, and that she seeks compensatory damages, which, in this employment litigation, would include back pay.  *See* Exhibit A.  Plaintiff's net pay for the two years preceding her termination was over $136,000.00.  Therefore, Plaintiff appears to seek at least that amount in this case.

11.    Plaintiff therefore seeks recovery of an amount in excess of $75,000.00, exclusive of costs and interest. As a result, the amount in controversy in this case exceeds $75,000.00.

### III.    Additional Matters for Removal

12.    Venue for this action is proper in the Brownsville Division of the Southern District of Texas because that is the district and division where the underlying state court action is pending. 28 U.S.C. § 1446(a).

13.    Pursuant to 28 U.S.C. § 1446(b), a defendant must file a notice of removal within 30 days after service of the initial pleading if the case stated by the initial pleading is removable. Defendant was served with Plaintiff's Original Petition on July 10, 2023. This notice of removal is filed within 30 days of service and is therefore timely.

14.    Pursuant to S.D. Tex. Local Rule 81, this notice of removal is accompanied by copies of the following:

a.    All executed process in this case [Exhibit A];

b.    Pleadings asserting causes of action and defenses:
i.    Plaintiffs' Original Petition [Exhibit B];
ii.    Defendant's Original Answer [Exhibit C];

c.    The state court docket sheet [Exhibit D];

d.    An index of documents being filed [Exhibit E]; and

e.    A list of all counsel of record, including address, telephone numbers, and parties represented [Exhibit F].

15.    Plaintiff demanded a jury in the state court action.

16.    Defendant will promptly file a copy of this Notice of Removal and all exhibits with the clerk of the state court in which this action is pending.

17.    This Notice of Removal has been served on all parties to the removed case.

### <u>Conclusion</u>

This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and 1441. Therefore, and in accordance with 28 U.S.C. § 1446, Defendant removes this action from

3

the 138th District Court of Cameron County, Texas to this Court. Defendant prays that this Court take jurisdiction over this action to its conclusion and to final judgment to the exclusion of any further proceedings in the state court pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**

 */s/ Carolyn Russell*
Carolyn Russell
Texas Bar No. 24003913
carolyn.russell@ogletree.com
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002
713.655.0855 (Phone)
713.655.0020 (Fax)

**ATTORNEY-IN-CHARGE FOR
DEFENDANT**

**OF COUNSEL:**
Amanda C. Croushore
Texas Bar No. 24128163
amanda.croushore@ogletree.com
Brooke Jones
Texas Bar No. 24107537
brooke.jones@ogletree.com
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002
713.655.0855 (Phone)
713.655.0020 (Fax)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded by e-serve on this August 2, 2023, to the following:

Lisa Krawczynski
122 Chachelaca Drive
Bayview, Texas 785636
lisacgooch@msn.com

*/s/ Amanda C. Croushore*
Amanda C. Croushore