United States District Court
Southern District of Texas

**ENTERED**

August 26, 2024

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| LISA KRAWCZYNSKI, | § | |
| "Plaintiff," | § | |
| | § | |
| v. | § | Civil Action No. 1:23-cv-00111 |
| | § | |
| WAL-MART ASSOCIATES, INC., | § | |
| "Defendant." | § | |

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Before the Court is the parties' "Joint Stipulation of Dismissal" (Dkt. No. 24).  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on  August 26, 2024.

_____
Rolando Olvera
United States District Judge